IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0011 MCE |
| Plaintiff, | ) ) ) | ORDER TO CONTINUE STATUS HEARING |
| v. | ) ) | |
| ROBERTO GRACIANO-LOPEZ, | ) ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on April 3, 2006, IT IS HEREBY ORDERED that the status hearing of April 4, 2006, be vacated and that a status conference be held on April 18, 2006, at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 3, 2006, stipulation, the time under the Speedy Trial Act is excluded from April 4, 2006, through April 18, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE